■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v FRANK S. BALTIMORE, JR., Defendant. [2 NYS3d 805]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Orange County, rendered July 25, 2013.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Balkin, J.P., Roman, Sgroi and LaSalle, JJ., concur.